

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

1 OF 47

DARRYL JACKSON   MAY 1 2 2008

MAY 1 2 2008  *MD*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

ROD R. BLAGOJEVICH
RICHARD DALEY
TONY WEIS
LISA MADIGAN
RICHARD DEVINE
TOM DART

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
<u>use "et al."</u>)

Case No. 08CV 2739
(To be   JUDGE GETTLEMAN
         MAGISTRATE JUDGE BROWN

**CHECK ONE ONLY:**

√     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
      **28 SECTION 1331 U.S. Code** (federal defendants)

____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

# I. JURISDICTION AND VENUE (B)    2 OF ▉ 47

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER THE COVER OF OFFICIAL RIGHT AND THE APPEARANCE AND COLOR OF STATE LAW AND/OR STATE STATUE, OF CIVIL RIGHTS RETAINED AND SECURED BY THE CONSTITUTIONS OF BOTH THE UNITED STATES AND THE STATE OF ILLINOIS. THIS COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). THIS COURT HAS SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C. SECTION 1367. PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C. SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

# II. PLAINTIFF (C)

3. PLAINTIFF, DARRYL JACKSON, SUI JURIS, A NATIVE AFRICAN—AMERICAN SOVEREIGN NATIONAL OF THE UNITED STATES, AND THE ILLINOIS REPUBLIC, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRE-TRIAL DETAINEE OF THE STATE OF ILLINOIS IN THE CUSTODY OF SHERRIFF TOM DART, COOK COUNTY DEPARTMENT OF CORRECTIONS. HE IS CURRENTLY CONFINED IN THE COOK COUNTY JAIL, IN CHICAGO, ILLINOIS.

3 OF 47

**I.   Plaintiff(s):**

A.   Name: DARRYL JACKSON

B.   List all aliases: NONE

C.   Prisoner identification number: 20070023316

D.   Place of present confinement: COOK COUNTY JAIL

E.   Address: P.O. BOX 089002, CHICAGO, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: ROD R. BLAGOJEVICH

Title: GOVERNER

Place of Employment: GOVERNER'S OFFICE

B.   Defendant: MICHAEL BROWN

Title: JUDGE BROWN

Place of Employment: FIRST CIRCUIT COURT OF COOK COUNTY

C.   Defendant: LAURA SULLIVAN

Title: JUDGE SULLIVAN

Place of Employment: FIRST CIRCUIT COURT OF COOK COUNTY

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

# III. DEFENDANTS    (Δ)    4 OF 47

4. DEFENDANT, RICHARD DALEY, IS THE MAYOR OF THE CITY OF CHICAGO IN THE STATE OF ILLINOIS. HE IS LEGALLY RESPONSIBLE FOR THE FINAL DECISIONMAKING AND THE ENFORCEMENT OF PUBLIC POLICY OF THE CITY OF CHICAGO IN THE STATE OF ILLINOIS IN CONJUNCTION WITH THE CHICAGO POLICE SUPERINTENDENT JODY WEIS AND THE OVERALL OPERATION OF THE CITY OF CHICAGO AND EACH DEPARTMENT UNDER ITS JURISDICTION, INCLUDING THE CHICAGO POLICE DEPARTMENT AND ITS PRINCIPALS AND AGENTS THAT ACTED IN BAD FAITH IN THE CRIMINAL CONSPIRCY AGAINST MY CIVIL RIGHTS IN CONJUNCTION WITH PRINCIPALS AND AGENTS OF THE COOK COUNTY SHERRIFF DEPARTMENT BY SUBJECTING THE PLAINTIFF TO A WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE WITHOUT ANY LEGAL JUSTIFICATION BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE.

5. DEFENDANT : JODY WEIS

TITLE : SUPERINTENDENT OF CHICAGO POLICE

PLACE OF EMPLOYMENT : CHICAGO POLICE DEPARTMENT

6. DEFENDANT, RICHARD DEVINE, IS THE STATE'S ATTORNEY OF COOK COUNTY IN THE CITY OF CHICAGO IN THE STATE OF ILLINOIS. HE IS LEGALLY RESPONSIBLE FOR THE FINAL DECISIONMAKING AND THE ENFORCEMENT OF PUBLIC POLICY OF THE COUNTY OF COOK AND THE CITY OF CHICAGO IN THE STATE OF ILLINOIS IN CONJUNCTION WITH LISA MADIGAN THE ATTORNEY GENERAL OF COOK COUNTY AND THE CITY OF CHICAGO FOR THE STATE OF ILLINOIS AND THE OVERALL OPERATION OF THE STATE'S ATTORNEY'S OFFICE AND EACH COOK COUNTY STATE'S ATTORNEY'S OFFICE UNDER ITS JURISDICTION, INCLUDING THE COOK COUNTY STATE'S ATTORNEY'S OFFICE THAT ACTED IN BAD FAITH IN THE CRIMINAL CONSPIRCY AGAINST MY CIVIL RIGHTS IN CONJUNCTION WITH NOT ONLY THE COOK COUNTY SHERRIFF DEPARTMENT AND THE CHICAGO POLICE DEPARTMENT. BUT ALSO THE COOK COUNTY PUBLIC DEFENDER'S OFFICE.

7. DEFENDANT: LISA MADIGAN

   TITLE: ATTORNEY GENERAL

   PLACE OF EMPLOYMENT: ATTORNEY GENERAL OFFICE

8. DEFENDANT, TOM DART, IS THE SHERRIFF OF COOK COUNTY IN THE CITY OF CHICAGO OF THE STATE OF ILLINOIS. HE IS LEGALLY RESPONSIBLE FOR THE FINAL DECISIONMAKING AND THE ENFORCEMENT OF PUBLIC POLICY IN COOK COUNTY OF THE CITY OF CHICAGO IN THE STATE OF ILLINOIS IN CONJUNCTION WITH LISA MADIGAN AND RICHARD DEVINE AND THE OVERALL OPERATION OF THE COOK COUNTY SHERRIFF'S DEPARTMENT AND JAIL AND EACH DEPARTMENT UNDER ITS JURISDICTION, INCLUDING ITS PRINCIPALS AND AGENTS THAT ACTED IN BAD FAITH IN THE CRIMINAL CONSPIRCY AGAINST MY CIVIL RIGHTS IN CONJUNCTION WITH PRINCIPALS AND AGENTS OF BOTH THE CITY OF CHICAGO AND THE STATE'S ATTORNEY'S OFFICE BY SUBJECTING THE PLAINTIFF TO A WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE WITHOUT ANY LEGAL JUSTIFICATION BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE.

9. DEFENDANT: __JOHN VISVARDIS__

TITLE: __DEPUTY SHERRIFF__

PLACE OF EMPLOYMENT: __COOK COUNTY SHERRIFF OFFICE__

10. DEFENDANT ROD R. BLAGOJEVICH, IS THE GOVERNOR OF BOTH THE CITY OF CHICAGO AND THE COUNTY OF COOK IN THE STATE OF ILLINOIS. HE IS LEGALLY RESPONSIBLE FOR THE FINAL DECISIONMAKING AND THE ENFORCEMENT OF PUBLIC POLICY OF THE CITY OF CHICAGO AND COOK COUNTY IN THE STATE OF ILLINOIS IN CONJUNCTION WITH BOTH MAYOR RICHARD DALEY AND COOK COUNTY SHERRIFF TOM DART ALONG WITH ATTORNEY GENERAL LISA MADIGAN AND STATE'S ATTORNEY RICHARD DEVINE AND THE OVERALL OPERATION OF THE STATE OF ILLINOIS AND EACH CITY AND COUNTY UNDER ITS JURISDICTION, INCLUDING THE CITY OF CHICAGO AND COOK COUNTY WHERE THE PLAINTIFF WAS SUBJECT TO A WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE WITHOUT ANY LEGAL JUSTIFICATION BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE.

11. DEFENDANT: LORRAINE SCADUTO

TITLE: ASSISTANT STATE'S ATTORNEY

PLACE OF EMPLOYMENT: STATE'S ATTORNEY'S OFFICE

80F 47

12. DEFENDANT, EDWIN BURNETTE, IS THE COOK COUNTY PUBLIC DEFENDER IN THE CITY OF CHICAGO AND THE COUNTY OF COOK IN THE STATE OF ILLINOIS. HE IS LEGALLY RESPONSIBLE FOR THE FINAL DECISIONMAKING AND THE ENFORCEMENT OF THE UNCONSTITUTIONAL PUBLIC POLICY OF THE PUBLIC DEFENDER'S OFFICE OF ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST THE PLAINTIFF'S CIVIL RIGHTS IN CONJUNCTION TWO ILLINOIS CIRCUIT COURT JUDGES AND PRINCIPALS AND AGENTS OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE OF FORCING ASSISTANT PUBLIC DEFENDERS ON THE PLAINTIFF TO GAIN POWER OF ATTORNEY IN ORDER TO SYSTEMATICALLY WAIVE THE PLAINTIFF'S CONSTITUTIONAL FUNDAMENTAL CIVIL RIGHTS.

13. DEFENDANT: WILLIAM WOELKERS

   TITLE: ASSISTANT PUBLIC DEFENDER

   PLACE OF EMPLOYMENT: PUBLIC DEFENDER'S OFFICE

14. DEFENDANT: LORNE GORELICK

   TITLE: ASSISTANT PUBLIC DEFENDER

   PLACE OF EMPLOYMENT: PUBLIC DEFENDER'S OFFICE

15. DEFENDANT: VERN SCHLEYER
   TITLE: ASSISTANT PUBLIC DEFENDER
   PLACE OF EMPLOYMENT: PUBLIC DEFENDER'S OFFICE

16. DEFENDANT: JAMES TANSEY
   TITLE: ASSISTANT STATE'S ATTORNEY
   PLACE OF EMPLOYMENT: STATE'S ATTORNEY'S OFFICE

17. DEFENDANT: DANIEL GROTH
   TITLE: ASSISTANT STATE'S ATTORNEY
   PLACE OF EMPLOYMENT: STATE'S ATTORNEY'S OFFICE

18. DEFENDANT: MARTIN LEUENBERGER
   TITLE: CHICAGO POLICE
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

19. DEFENDANT: MELISSA MALM
   TITLE: CHICAGO POLICE
   PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

20. DEFENDANT: RODRIGO ESPINOZA

TITLE: CHICAGO POLICE

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT


21. DEFENDANT: GREGORY KLIMASZEWSKI

TITLE: CHICAGO POLICE

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT


22. DEFENDANT: WILLIAM M. HENEGHAN

TITLE: DETECTIVE

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT


23. DEFENDANT: RALPH BENAVIDES

TITLE: DETECTIVE

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT


24. DEFENDANT: DET. LORENZO # 20123

TITLE: DETECTIVE

PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

25. DEFENDANT: OFFICER ROBERTSON #17079
    TITLE: CHICAGO POLICE
    PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

26. DEFENDANT: OFFICER, YOUNG #9277
    TITLE   CHICAGO POLICE
    PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

27. DEFENDANT: SGT. HAYMAKER #2532
    TITLE: CHICAGO POLICE
    PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

28. DEFENDANT: CARL HATTULA #20516
    TITLE: CHICAGO POLICE
    PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

29. DEFENDANT: OFFICER PELLERANO #19165
    TITLE: CHICAGO POLICE

    PLACE OF EMPLOYMENT: CHICAGO POLICE DEPARTMENT

30. EACH DEFENDANT IS SUED INDIVIDUALLY IN THEIR INDIVIDUAL CAPACITY AND IN HIS OR HER OFFICIAL CAPACITY WITH THE EXCEPTION OF THOSE WHO HAVE ABSOLUTE IMMUNITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COVER OF OFFICIAL RIGHT AND THE APPEARANCE AND COLOR OF STATE LAW AND / OR STATE STATUE.

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES ( )  NO (✓)  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____

_____

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.    If your answer is **NO**, explain why not:

_____

_____

_____

E.    Is the grievance procedure now completed?   YES ( )  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )  NO (✓)

G.    If your answer is **YES**:

    1.    What steps did you take?

    2.    What was the result?

H.    If your answer is **NO**, explain why not: BECAUSE COOK COUNTY JAIL OFFICIALS HAVE ABSOLUTLY NO CONTROL OVER WHAT GOES ON IN THE COURT ROOM.

**IV.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __ N/A __

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

# III. FACTS (E)

31. Now COMES DARRYL JACKSON, SUI JURIS, COMPLAINANT, A NATIVE AFRICAN-AMERICAN SOVEREIGN NATIONAL OF THE UNITED STATES AND THE ILLINOIS REPUBLIC BY BIRTH-RIGHT AND BY LAW, WHO HAS VOLUNTARILY, IN MY FULL LEGAL AND LAWFUL CAPACITY, EXPATRIATED FROM UNDER THE JURISDICTION OF THE CORPORATE UNITED STATES, THE CORPORATE STATE OF WASHINGTON, THE CORPORATE STATE OF ILLINOIS, AND ITS COMMON USAGE, THE "PEOPLE OF THE STATE OF ILLINOIS" IN ACCORDANCE WITH THE PROVISIONS SET FORTH BY TITTLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999 OF THE SAME, WHICH SPECIFICALLY STATES BY WAY OF CONGRESS THAT, "THE RIGHT OF EXPATRIATION IS A NATURAL INHERENT RIGHT OF ALL PEOPLE, INDISPENSABLE TO THE ENJOYMENT OF THE RIGHTS OF LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS IN ACCORDANCE WITH ARTICLE 1 SECTION 1 OF THE BILL OF RIGHTS OF THE CONSTITUTIONS OF BOTH THE UNITED STATES AND THE STATE OF ILLINOIS; THEREFORE, ACCORDING TO CONGRESS, ANY DECLARATION, INSTRUCTION, OPINION, ORDER, OR DECISION OF ANY OFFICER OF THE UNITED STATES WHICH DENIES, RESTRICTS, IMPAIRS, OR EVEN QUESTIONS THE RIGHT OF EXPATRIATION, IS DECLARED INCONSISTENT WITH THE FUNDAMENTAL PRINCIPLES OF THE REPUBLIC"; THEREFORE, I, DARRYL JACKSON, SUI JURIS, DO DECLARE THAT NO MAN CAN INFRINGE UPON THIS SOVEREIGN RIGHT TO RENOUNCE ALLEGIANCE TO ANY FOREIGN GOVERNMENT / TYRANNICAL POWER / KING / FOREIGN NATION / OR OTHER ALIEN DOMINION.

32. THEREFORE, PURSUANT TO MY NOTICE OF EXPATRIATION: FORMAL SOVEREIGN OATH OF RENUNCIATION; NOTICE OF DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS IN ACCORDANCE WITH THE PROVISIONS SET FORTH IN TITLE 8 U.S.C. SECTION 1481, THIS SOVEREIGN DECLARES THAT ALL OFFICERS / AGENTS, EMPLOYEES / ACTORS, OR OTHERWISE OFFICIALS OF THE UNITED STATES / THOSE BEING BOUND TO OBEY THE LAWS AND STATUTES PRESCRIBED THEREIN / ARE BOUND TO TAKE NOTICE OF THIS FORMAL OATH OF RENUNCIATION, AS WELL, THE AFOREMENTIONED ACTORS, AGENTS, OFFICERS, EMPLOYEES, AND / OR OTHER OFFICIALS OF THE UNITED STATES GOVERNMENT / THOSE BOUND BY THE LAWS, STATUTES / ACTS / AND PROVISIONS OF THE SAME CONSTITUTION THAT REQUIRE THE AFOREMENTIONED ENTITIES TO UPHOLD THAT CONSTITUTION SHALL NOT INFRINGE UPON / IGNORE / DISREGARD / OR OTHERWISE FIND OF NO SUBSTANCE AND / OR STANDING / THIS FORMAL OATH OF RENUNCIATION BY DECLARATION.

33. THEREFORE, I, DARRYL JACKSON, SUI JURIS, DO DECLARE THAT THE LAWS OF THE COMMON MAN, BEING OF THE COMMON LAW, SHALL GOVERN ME, AND I DO NOT RECOGNIZE ANY OTHER FORM OF POLITIC OTHER THAN THAT OF THE REPUBLIC WHICH IS FOR THE PEOPLE, AND BY THE PEOPLE, THOSE BEING SOVEREIGN, NOT THOSE WHO ARE SUBJECT CITIZENS OF A FOREIGN GOVERNMENT (WASHINGTON DC).

34. THEREFORE, I DO ALERT THIS COURT, THAT MY FORMAL SOVEREIGN OATH OF RENUNCIATION AND NOTICE OF DECLARATION AND CERTIFICATE OF SOVEREIGN STATUS, SERVES AS MY NOTICE OF EXPATRIATION FROM UNDER THE JURISDICTION OF THE CORPORATE UNITED STATES, THE CORPORATE STATE OF WASHINGTON, THE CORPORATE STATE OF ILLINOIS, AND ITS COMMON USAGE, THE "PEOPLE OF THE STATE OF ILLINOIS", IN ACCORDANCE WITH PROVISIONS SET FORTH BY TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999 OF THE SAME; THEREFORE, I DO SOLEMNLY SWEAR, DECLARE, AND DEPOSE: THAT IN ACCORDANCE WITH MY SOVEREIGN STATUS, I AM STATUTORILY INCAPACIATED, STATUTE IMMUNE, TAX IMMUNE, TAX EXEMPT, EXEMPT FROM LEVY AND POSSESS DIPLOMATIC AND SOVEREIGN IMMUNITY.


**35.** FURTHERMORE, MY SOVEREIGN STATUS IS FOREIGN TO AND NOT SUBJECT TO PUBLIC POLICY OR BY THE STATUS OF "STATUTE STAPLE", "CHATTEL PROPERTY", "CITIZEN", "RESIDENT", "SUBJECT", "PERSON", "WHOEVER", "TAXPAYER", AND / OR ANY OTHER STATUTES, RULES, REGULATIONS, POLICIES, COMMON USAGES OF THE CORPORATE UNITED STATES, THE CORPORATE STATE OF WASHINGTON, THE CORPORATE STATE OF ILLINOIS, AND / OR ANY OTHER CORPORATE GOVERNMENTAL BODY WHATSOEVER, WITHOUT A VALID CONTRACT.

**36.** THEREFORE, I AM APPROACHING THIS COURT IN GOOD FAITH SEEKING INJUNCTIVE AND DECLARATORY RELIEF TO DEFEND MYSELF AGAINST THE CRIMINALLY FRAUDULENT CLAIM(S), AND CHARGES MADE AGAINST ME BY THE CORPORATE STATE OF ILLINOIS, AND ITS COMMON USAGE, THE "PEOPLE OF THE STATE OF ILLINOIS", BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE WHILE ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS IN CONJUNCTION WITH BOTH PRINCIPALS AND AGENTS OF THE CITY OF CHICAGO AND COOK COUNTY WITH THE MALICIOUS INTENT NOT ONLY TO INTERFERE WITH THE FREE EXERCISE OF MY NATURAL AND INHERENT RIGHT OF EXPATRIATION. BUT ALSO TO DEPRIVE AND DENY ME CERTAIN INHERENT AND INALIENABLE SOVEREIGN NATIONAL RIGHTS OR PRIVILEGES RETAINED AND SECURED BY THE UNITED STATES CONSTITUTION,



WITHOUT ANY LEGAL JUSTIFICATION. SINCE THERE ARE NO CIVIL ASSESMENTS FOR THE CHARGES, NOR ANY CONTRACT(S) IN DEFAULT, WHICH IS A CLEAR ACT OF TREASON AGAINST THE REPUBLIC.

37. THAT ON JANUARY 31, 2007, I WAS SUBJECTED TO A WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE BY PRINCIPALS AND AGENTS OF BOTH THE CITY OF CHICAGO AND COOK COUNTY WHILE ACTING IN A CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS RETAINED AND SECURED BY THE CONSTITUTIONS OF BOTH THE UNITED STATES AND THE STATE OF ILLINOIS WITHOUT ANY LEGAL JUSTIFICATION. SINCE THERE ARE NO CIVIL ASSESSMENTS FOR THE CHARGES, NOR ANY PRE-EXISTING CONTRACT(S) IN DEFAULT THAT WOULD JUSTIFY THE WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE OF MY SOVEREIGN PERSON WHICH IS EXEMPT FROM LEVY BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE.

38. THAT THERE ARE NO PRE-EXISTING CONTRACT(S) OR AGREEMENT(S) WITH MY SIGNATURE THEREON WHEREIN I KNOWINGLY, INTENTIONALLY, AND VOLUNTARILY, IN MY FULL LEGAL AND LAWFUL CAPACITY, AGREED TO WAIVE OR SURRENDER MY SOVEREIGN NATURAL INHERENT AND INALIENABLE FUNDAMENTAL CIVIL RIGHTS RETAINED

AND SECURED BY BOTH THE UNITED STATES AND THE ILLINOIS STATE CONSTITUTIONS TO ANY FOREIGN GOVERNMENT, TYRANNICAL POWER, KING, FOREIGN NATION, CORPORATE GOVERNMENTAL BODY, OR OTHER ALIEN DOMINION.

39. THAT I HAVE NOT AGREED TO BECOME A SUBJECT TO, SLAVE OR PROPERTY OF ANY CORPORATE GOVERNMENTAL BODY IN ANY WAY OR IN ANY JURISDICTION WHATSOEVER.

40. THAT I HAVE NOT VOLUNTARILY AGREED TO COMPLY TO ANY TERMS OF ANY CONTRACTS IN ANY JURISDICTION WHATSOEVER AND DO NOT INTEND TO ABROGATE ANY IMMUNITY OR PERSONAL RIGHTS; THEREFORE, THIS WAS DONE WITH THE MALICIOUS INTENT NOT ONLY TO INTERFERE WITH THE FREE EXERCISE OF MY NATURAL AND INHERENT RIGHT OF EXPATRIATION. BUT ALSO TO DEPRIVE AND DENY ME CERTAIN INHERENT AND INALIENABLE SOVEREIGN NATIONAL FUNDAMENTAL CIVIL RIGHTS OR PRIVILEGES RETAINED AND SECURED BY THE UNITED STATES CONSTITUTION.

41. THAT ON JANUARY 31, 2007, AFTER BEING SUBJECTED TO THE WARRANTLESS ARREST AND ILLEGAL SEARCH AND SEIZURE, I WAS TRANSPORTED TO THE ALLEGED SCENE OF THE ROBBERY FOR A ONE MAN SHOW-UP AND AFTER BEING EXHIBITED IN HANDCUFFS TO ALL THE WITNESSES AT ONE TIME. ALL THE WITNESSES STATED TO THE CHICAGO POLICE IN MY PRESENCE THAT THEY WERE UNABLE TO IDENTIFY ME AS THE ALLEGED PERPETRATOR. BECAUSE THE ALLEGED PERPETRATOR HAD ON A MASK DURING THE TIME OF THE ALLEGED ROBBERY; BUT NEVERTHELESS, THE CHICAGO POLICE AND COOK COUNTY SHERRIFF JOHN VESVARDIS STILL CONTINUED ACTING IN A CRIMINAL CONSPIRCY WITH COOK COUNTY STATE'S ATTORNEY JEFF STEIN TO ACT IN BAD FAITH BY CONCEALING MATERIAL EVIDENCE CONCERNING THE ALLEGED PERPETRATOR WEARING A MASK AT THE TIME OF THE ALLEGED ROBBERY WHICH WAS ALSO RELEVANT AS TO WHETHER OR NOT THERE WAS EVEN ANY PROBABLE CAUSE TO ARREST THE PLAINTIFF.

42. THAT THE PEOPLE OF THE STATE OF ILLINOIS, THE PROSECUTORS OF COOK COUNTY LITIGATING THIS CRIMINALLY FRAUDULENT CASE, HAVE ASSERTED THAT THEY HAVE A CLAIM(S) AGAINST ME BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY PURSUANT TO THE ILLINOIS COMPLIED STATUE.

43. THAT THIS UNCONSTITUTIONAL PUBLIC POLICY IS THE RULES AND PROCEDURES (POLICY) OF A SOVEREIGN STATE OVER ITS SUBJECTS. IT HOLDS THAT NO SUBJECT CAN LAWFULLY DO THAT WHICH HAS A TENDENCY TO BE INJURIOUS TO THE PUBLIC OR AGAINST THE PUBLIC GOOD, AS DEFINED BY THE SOVEREIGN STATE. THIS UNCONSTITUTIONAL PUBLIC POLICY IS SET BY LEGISLATIVE ACTS AND, PURSUANT THERETO, BY JUDICIAL AND ADMINISTRATIVE PROMULGATING OF RULES AND REGULATIONS. THESE UNCONSTITUTIONAL RULES AND REGULATIONS ARE NOT LAWS BUT RATHER TERMS IMPOSED BY WAY OF CONTRACT AGREEMENTS. IT IS THE CONTRACTS THEMSELVES WHICH MAKES THE UNCONSTITUTIONAL RULES AND REGULATIONS OF PUBLIC POLICY BINDING.

44. THAT I AM NOT A SUBJECT AS CONTEMPLATED IN THE RULES AND PROCEDURES OF PUBLIC POLICY AND WILL NOT COMPLY BECAUSE PUBLIC POLICY IS UNCONSTITUTIONAL AND THE GENERAL PRINCIPLE THAT FOLLOWS IS THAT AN UNCONSTITUTIONAL STATUE IS VOID. IT IMPOSES NO DUTIES, CONFERS NO RIGHTS, CREATES NO OFFICE, BESTOWS NO POWER OR AUTHORITY UPON ANYONE, AND JUSTIFIES NO ACTS PERFORMED UNDER IT; THEREFORE, NO ONE IS BOUND TO OBEY AN UNCONSTITUTIONAL STATUE, AND NO COURTS ARE BOUND TO ENFORCE ANY. BECAUSE WILLFUL COMPLIANCE TO AN UNCONSTITUTIONAL STATUE IS SIMILAR TO DISHONOR, CONTEMPT, AND A CLEAR ACT OF TREASON AGAINST THE REPUBLIC.

**■.** THEREFORE, THE FIRST CIRCUIT COURT OF COOK COUNTY

45. LACKS SUBJECT-MATTER JURISDICTION WITH
REGARD TO THIS COMMON LAW PROCEEDURE THAT
WAS BROUGHT INTO THE TERRITORIAL AMBIT OF
THIS ADMIRALTY EQUITY COURT BY FRAUD
UNDER A COVER OF OFFICIAL RIGHT AND THE
APPEARANCE AND COLOR OF STATE LAW WHICH IS
SIMILAR TO DISHONOR, CONTEMPT, AND A CLEAR
ACT OF TREASON NOT ONLY AGAINST THIS COURT
AND AGAINST THE REPUBLIC, BUT ALSO AGAINST
A NATIVE AFRICAN-AMERICAN SOVEREIGN
NATIONAL OF THE UNITED STATES AND THE
ILLINOIS REPUBLIC SUCH AS MYSELF, WITH THE
MALICIOUS INTENT NOT ONLY DEPRIVE, BUT ALSO,
TO DENY ME, MY NATURAL INHERENT AND
INALIENABLE CONSTITUTIONAL FUNDAMENTAL
CIVIL RIGHT TO BE A FREE AND INDEPENDENT
NATIVE AFRICAN-AMERICAN SOVEREIGN MAN BY
COMPELLING OR FORCING ME INTO CONFINEMENT
AND SLAVERY OR SERVITUDE OF THE ILLINOIS
STATE GOVERNMENT INVOLUNTARILY AGAINST
MY WILL BY MEANS OF UNDUE OR UNJUST
GOVERNMENTAL ■ CONTROL TO GAIN UNJUST
ENRICHMENT BY MEANS OF FRAUD, INTIMIDATION,
AND EXTORTION FOR THE FUNCTIONING OF THE CORPORATE STATE.

■. FURTHERMORE, BEING A SOVEREIGN, BY EXPRESS RIGHT,
46. I CANNOT BE REPRESENTED BY ANYONE, IN THIS
BANKRUPTCY ADMIRALTY EQUITY COURT, NOR CAN I
REPRESENT MYSELF; THEREFORE, UNLESS THIS UNITED
STATES DISTRICT COURT GRANTS ■ DECLARATORY
RELIEF AND AN INJUNCTION AGAINST THE
ENFORCEMENT OF THIS UNCONSTITUTIONAL PUBLIC
POLICY PURSUANT TO THE ILLINOIS COMPLIED
STATUE THE PLAINTIFF WILL SUFFER BOTH GREAT
AND SUBSTANTIAL IMMEDIATE LOSS AND
IRREPARABLE INJURY. BECAUSE I HAVE NOT WILLINGLY
ON MY OWN AGREED TO DO BUSINESS WITH ANYONE
IN THIS BANKRUPTCY ADMIRALTY EQUITY COURT;
FURTHERMORE, I HAVE NOT WAIVED ANY OF MY ENTITLED
FUNDAMENTAL CIVIL RIGHTS TO BE ■ FREE AND
INDEPENDENT OF ANY AND ALL GOVERNING OR
CONTROLING GOVERNMENTAL BODIES, NOR WILL I
SET ASIDE MY SOVEREIGN STATUS IN ORDER TO
COMPLY WITH ANY UNCONSTITUTIONAL STATUTES OR
PUBLIC POLICIES; THERE, I ALERT THIS COURT THAT
BY FORCE AND UNDER DURESS IS THE ONLY REASON
THAT I AM BEING PROSECUTED IN THIS ADMIRALTY
EQUITY COURT. BUT ACCORDING TO THE FOUNDATIONAL
MAXIM GOVERNING AND SURROUNDING THE RIGHTFULNESS
AND LAWFULNESS OF ALL LAW AND COMMERCE, IS
REGARDING JUSTICE, "MIGHT DOES NOT MAKE RIGHT."

47. THAT ON FEBRUARY 1, 2007, BY WAY OF CLOSED CIRCUIT TELE-VISION, WHEREUPON MY BOND HEARING AND PROBABLE CAUSE DETERMINATION HEARING WERE COMBINE TOGETHER, JUDGE LAURA SULLIVAN ABUSED HER AUTHORITY BY WAY OF AN UNCONSTITUTIONAL PUBLIC POLICY OF ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST MY CIVIL RIGHTS IN CONJUNCTION WITH PRINCIPALS AND AGENTS OF BOTH THE COOK COUNTY STATE'S ATTORNEY'S OFFICE AND THE COOK COUNTY PUBLIC DEFENDER'S OFFICE OF FORCING ASSISTANT PUBLIC DEFENDER MR. VERN SCHLEYER UPON ME TO GAIN POWER OF ATTORNEY IN ORDER TO SYSTEMATICALLY WAIVE MY CONSTITUTIONAL FUNDAMENTAL CIVIL RIGHTS TO REQUIRE THE COOK COUNTY STATE'S ATTORNEY'S OFFICE TO SUBSTANTIATE THE CHARGES BY CHALLENGING THE ACCOUNTABILITY OF THE ALLEGED CLAIM(S) AGAINST ME AND TO CONFRONT MY ACCUSER, INJURED, OR DAMAGE PARTY. THIS UNCONSTITUTIONAL PUBLIC POLICY WAS METHODICALLY DONE WITH THE MALICIOUS INTENT NOT ONLY TO RUSH ME TO JUDGMENT. BUT ALSO TO DENY ME THE RIGHT TO FULL DUE PROCESS OF LAW. DESPITE MY MANY OBJECTIONS BY WAY OF CLOSED CIRCUIT TELE-VISION, OVER THE RECORD OF PROCEEDINGS TO ANY AND ALL COUNSEL OR REPRESENTATION BY THE PUBLIC DEFENDER'S OFFICE.

48. THAT ON FEBRUARY 23, 2007, DURING GRAND JURY PROCEEDINGS STATE'S ATTORNEY RICHARD DEVINE ACTED IN BAD FAITH IN A CRIMINAL CONSPIRACY IN CONJUNCTION WITH BOTH ASSISTANT STATE'S ATTORNEY JAMES TANSEY AND CHICAGO POLICE OFFICER PELLERANO TO SYSTEMATICALLY INFRINGE UPON MY NATURAL INHERENT AND INALIENABLE CONSTITUTIONAL FUNDAMENTAL CIVIL RIGHTS AS A SOVEREIGN NATIONAL OF THE UNITED STATES AND THE ILLINOIS REPUBLIC BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY OF A DELIBERATE AND INTENTIONAL PRESENTATION OF DECEPTIVE, INACCURATE, MISLEADING, AND IMPROPER EVIDENCE DURING THE GRAND JURY PROCEEDINGS BY NOT ONLY CONCEALING MATERIAL FACTS CONCERNING THE ALLEGED PERPETRATOR WEARING A MASK AT THE TIME OF THE ALLEGED ROBBERY. BUT ALSO DELIBERATELY AND INTENTIONALLY MISLEADING THE GRAND JURY INTO THINKING THAT THEY WERE HEARING THE TESTIMONY OF AN INVESTIGATING OFFICER. WHEN IN FACT THEY WERE ACTUALLY HEARING HEARSAY ALSO CONSTITUTED CONCEALMENT OF A MATERIAL FACT; FURTHERMORE, THE CONCEALMENT OF A MATERIAL FACT CONCERNING THE ALLEGED WEAPON BEING AN ALL PLASTIC TOY CONSTITUTED OFFICIAL MISCONDUCT AND MALFEASANCE OF OFFICE.

49. THAT ON MARCH 16, 2007, DURING MY ARRAIGNMENT BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY JUDGE MICHAEL BROWN ACCEPTED AND HONORED FALSE DOCUMENTS FROM STATE'S ATTORNEY RICHARD DEVINE THROUGH ASSISTANT STATE'S ATTORNEY BROWYN SEARS REGARDING THE INSTANT MATTER, OF AN UNDOCUMENTED CLAIM, AN UNPROVEN LIABILITY SHOWN TO BE FALSE BY THE PLAINTIFF, TAKING ME BY FORCE, WITHOUT FULL DUE PROCESS OF LAW TO GIVE ME TO A FOREIGN AGENT (COOK COUNTY DEPARTMENT OF CORRECTIONS).

50. THAT BOTH JUDGE LAURA SULLIVAN AND JUDGE MICHAEL BROWN, HAVING TAKEN A SWORN JUDICIAL OATH OF OFFICE TO UPHOLD AND PROTECT THE CONSTITUTION FOR THE UNITED STATES AS WELL AS THE CONSTITUTION FOR THE STATE OF ILLINOIS, AND THE PEOPLE PROTECTED THEREBY, HAS WILLFULLY BY WAY OF A UNCONSTITUTIONAL PUBLIC POLICY VIOLATED THAT OATH BY PERSISTENTLY PERMITTING THE PROSECUTORS OF THE COOK COUNTY STATE'S ATTORNEY'S OFFICE OF CHICAGO ILLINOIS TO CONTINUE THESE FRAUDULENT ACTS AGAINST ME AS WELL AS ASSISTING THESE AGENTS AND PRINCIPALS IN INFRINGING UPON THE INALIENABLE CIVIL RIGHTS OF A SOVEREIGN NATIONAL OF THE UNITED STATES AND THE ILLINOIS REPUBLIC, DARRYL JACKSON, THE PLAINTIFF.

51. THAT JUDGE MICHAEL BROWN HAS PERSISTLY COMMITTED WILLFUL ACTS OF FORCE, PERJURY, AND SUBORNATION OF PERJURY WHICH IS AN UNCONSTITUTIONAL PUBLIC POLICY WITH INTENT TO DECEIVE AND INTIMIDATE THE PLAINTIFF, DARRYL JACKSON, A NATIVE AFRICAN-AMERICAN SOVEREIGN NATIONAL OF THE UNITED STATES AND ILLINOIS REPUBLIC INTO COMMITTING CRIMINAL ACTS OF CONTEMPT AND TREASON AGAINST THIS COURT BY PLEADING INTO A FICTION (STRAWMAN) OR FOREIGN LEGISLATIVE VENUE (BUSINESS OF THE CORPORATE STATE). (SEE BLACK'S LAW DICTIONARY UNDER STRAWMAN).

52. THAT JUDGE MICHAEL BROWN FROM THE OUTSET OF BECOMING A THIRD PARTY OF THE INSTANT ACTION BY WAY OF AN UNCONSTITUTIONAL PUBLIC POLICY CONTINUES TO DISPLAY A PERSISTENT PATTERN OF RUDE, ABUSIVE AND HOSTILE BEHAVIOR AND SPEECH TOWARDS ME WITH INTENT TO FORCE AND INTIMIDATE ME INTO TRAVERSING/DISHONORING THIS COURT AND HAS DENIED ME THE RIGHT TO FULL DUE PROCESS OF LAW WAY OF A UNCONSTITUTIONAL PUBLIC POLICY OF ABUSE OF POWER TO ISSUE ORDER TO SHOW CAUSE, BUT ON THE CONTRARY, USING HIS ORDER POWER TO INFRINGE UPON MY PRIVACY AND FREEDOM.

53. THAT DURING MY ARRAIGNMENT ON MARCH 16, 2007, JUDGE MICHAEL BROWN ABUSED HIS AUTHORITY BY WAY OF AN UNCONSTITUTIONAL PUBLIC POLICY OF ACTING IN A CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS IN CONJUNCTION WITH PRINCIPALS AND AGENTS OF BOTH THE COOK COUNTY STATE'S ATTORNEY'S OFFICE AND THE COOK COUNTY PUBLIC DEFENDER'S OFFICE OF FORCING COOK COUNTY ASSISTANT PUBLIC DEFENDER WILLIAM WOELKERS UPON THE PLAINTIFF TO GAIN POWER OF ATTORNEY IN ORDER TO SYSTEMATICALLY WAIVE THE PLAINTIFF FUNDAMENTAL CIVIL RIGHTS TO REQUIRE THE STATE'S ATTORNEY'S OFFICE TO SUBSTANTIATE THE CHARGES BY CHALLENGING THE ACCOUNTABILITY OF THE ALLEGED CLAIM(S) AGAINST ME AND TO CONFRONT MY ACCUSER, INJURED, OR DAMAGE PARTY. THIS UNCONSTITUTIONAL PUBLIC POLICY WAS METHODICALLY DONE WITH THE MALICIOUS INTENT NOT ONLY TO RUSH ME TO JUDGEMENT. BUT ALSO TO DENY ME THE RIGHT TO FULL DUE PROCESS OF LAW. DESPITE MY MANY OBJECTIONS IN OPEN COURT OVER THE RECORD OF PROCEEDINGS TO ANY AND ALL COUNSEL OR REPRESENTATION BY THE PUBLIC DEFENDER'S OFFICE, AS WELL AS ANY AND ALL MOTIONS FILED IN MY BEHALF BY THE PUBLIC DEFENDER'S OFFICE AND TO ANY AND ALL CONTINUANCES. THUS, DENYING ME EQUAL PROTECTION OF THE LAWS, BY NOT ONLY REFUSING TO ACKNOWLEDGE MY OBJECTIONS IN OPEN COURT OVER THE RECORD OF PROCEEDINGS, BUT ALSO FAILING TO NOTE THEM IN THE RECORD OF PROCEEDINGS AS WELL.

54. THAT ON MARCH 16, 2007, DURING MY ARRAIGNMENT JUDGE MICHAEL BROWN DENIED ME, MY CONSTITUTIONAL RIGHT TO REMAIN SILENT BY NOT PLEADING INTO A FOREIGN LEGISLATIVE VENUE, WITHOUT FIRST, CONFRONTING MY ACCUSER, INJURED, OR DAMAGE PARTY, BY WAY OF AN UNCONSTITUTIONAL PUBLIC POLICY OF FORCING COOK COUNTY ASSISTANT PUBLIC DEFENDER WILLIAM WOELKERS UPON ME, WHO PLEADED INTO THIS FOREIGN LEGISLATIVE VENUE ON MY BEHALF, DESPITE MY MANY OBJECTIONS TO ANY AND ALL COUNSEL OR REPRESENTATION BY COOK COUNTY PUBLIC DEFENDER EDWIN BURNETTE THROUGH COOK COUNTY ASSISTANT PUBLIC DEFENDER WILLIAM WOELKERS IN OPEN COURT OVER THE RECORD OF PROCEEDINGS. THIS IS AN UNCONSTITUTIONAL PUBLIC POLICY OF COOK COUNTY.

55. THAT ON MAY 24, 2007, UPON APPEARING ONCE AGAIN IN OPEN COURT BEFORE JUDGE MICHAEL BROWN AND ONCE AGAIN OBJECTED TO ANY AND ALL COUNSEL OR REPRESENTATION BY ASSISTANT PUBLIC DEFENDER LORNE GORELICK ON THE GROUNDS OF CONFLICT OF INTEREST AND ALSO OBJECTED TO ANY AND ALL MOTIONS FILED ON MY BEHALF BY THE PUBLIC DEFENDER'S OFFICE; FURTHERMORE, I REQUESTED THE COURT TO ENTER AN ORDER MANDATING THE PUBLIC DEFENDER TO WITHDRAW FROM THE CASE AND THEN REQUESTED THE COURT TO ENTER A SECOND

ORDER MANDATING THE PUBLIC DEFENDER TO WITHDRAW ANY AND ALL MOTIONS FILED ON MY BEHALF ON THE GROUNDS OF CONFLICT OF INTEREST; FURTHERMORE, I OBJECTED TO ANY AND ALL CONTINUANCES OVER THE RECORD OF PROCEEDINGS; BUT NEVERTHELESS, ONCE AGAIN JUDGE MICHAEL BROWN DENIED ME THE RIGHT TO FULL DUE PROCESS OF LAW AS WELL AS FREEDOM OF SPEECH, EXPRESSION OF THOUGHT AND THE RIGHT TO PUBLISH TRUTH FOR THE RECORD BY REFUSING TO NOT ONLY ACKNOWLEDGE MY OBJECTIONS IN OPEN COURT OVER THE RECORD OF PROCEEDINGS, BUT ALSO FAILING TO NOTE THEM IN THE RECORD OF PROCEEDINGS AS WELL, BY WAY OF AN UNCONSTITUTIONAL PUBLIC POLICY OF ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST MY NATURAL INHERENT AND INALIENABLE FUNDAMENTAL CIVIL RIGHTS IN CONJUNCTION WITH HIS COURT REPORTERS. THIS UNCONSTITUTIONAL PUBLIC POLICY WAS METHODICALLY DONE WITH THE MALICIOUS INTENT TO RUSH ME TO JUDGEMENT AND TO INFRINGE UPON MY RIGHT TO FULL DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAW AS WELL.

56. THAT ON JUNE 15, 2007, UPON APPEARING IN OPEN COURT
THREE MONTHS AFTER MY ARRAIGNMENT JUDGE
MICHAEL BROWN FINALLY CONFESSED OVER THE
RECORD OF PROCEEDINGS THAT REASON THE
PUBLIC DEFENDER WAS STILL ON THE CASE, IS
BECAUSE HE HAD NOT YET MADE A DECISION
AS TO WHETHER OR NOT HE WOULD ALLOW THE
PUBLIC DEFENDER'S OFFICE WITHDRAW FROM
THE CASE SO THAT I COULD REPRESENT MYSELF;
NEVERTHELESS, I WAS STILL UNSUCCESSFUL IN
REMOVING THE PUBLIC DEFENDER THAT WAS FORCED
UPON ME BY WAY OF THREATS AND INTIMIDATION
AND COERCION UNDER DURESS; BECAUSE JUDGE
MICHAEL BROWN USED SUBORNATION OF PERJURY
AND INTIMIDATION BY THREATENING NOT TO
REMOVE THE PUBLIC DEFENDER HE FORCED UPON
ME UNLESS I COULD EXPLAIN TO HIM WHAT A
MOTION TO WITHDRAW MEANS, INFRINGING UPON
MY SOVEREIGN FUNDAMENTAL CIVIL RIGHTS.

57. THAT ON JUNE 28, 2007, AFTER FINALLY SUCCESSFULLY
REMOVING THE PUBLIC DEFENDER FROM REPRESENTING
ME, A SOVEREIGN NATIONAL OF THE UNITED STATES
AND THE ILLINOIS REPUBLIC, I FILED A MOTION
TO DISMISS THE INDICTMENT FOR VIOLATION OF
THE ILLINOIS SPEEDY TRIAL STATUTE AND MY UNITED

STATES SIXTH AMENDMENT CONSTITUTIONAL RIGHT TO A FAIR AND SPEEDY TRIAL. I ALSO FILED A MOTION FOR DISCOVERY TO OBTAIN THE TRANSCRIPTS OF THE RECORD OF PROCEEDINGS OF ALL MY COURT DATES SINCE MY BOND HEARING IN SUPPORT OF MY MOTION TO DISMISS FOR FAILURE TO COMPLY WITH SPEEDY TRIAL STATUE, TO SHOW THAT I HAD OBJECTED NOT ONLY TO ANY AND ALL COUNSEL, BUT ALSO TO ANY AND ALL MOTIONS AND CONTINUANCES GRANTED TO THE STATE IN OPEN COURT OVER THE RECORD OF PROCEEDINGS. BUT AFTER FINALLY RECEIVING ALL OF THE TRANSCRIPTS SEPTEMBER 5, 2007, IN SUPPORT OF MY MOTION, I NOTICED THAT JUDGE MICHAEL BROWN AND HIS COURT REPORTERS HAD BEEN ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST MY CIVIL RIGHTS, BY FALSIFY THE RECORD OF PROCEEDINGS OF ALL MY COURT DATES SINCE MY ARRAIGNMENT. BECAUSE NONE OF MY OBJECTIONS THAT I HAD MADE IN OPEN COURT OVER THE RECORD OF PROCEEDINGS WAS NOTED IN THE REPORT OF THE RECORD OF PROCEEDINGS. THIS UNCONSTITUTIONAL PUBLIC POLICY WAS METHODICALLY DONE WITH THE INTENT TO RUSH ME TO JUDGEMENT AND TO INFRINGE UPON MY RIGHT TO FULL DUE PROCESS OF LAW AS WELL AS EQUAL PROTECTION OF THE LAWS.

58. THAT AS A RESULT OF THIS CRIMINAL CONSPIRACY BETWEEN JUDGE MICHAEL BROWN, THE COURT REPORTERS, THE STATE'S ATTORNEY'S OFFICE, AND THE PUBLIC DEFENDER'S OFFICE OF FORCING THE PUBLIC DEFENDER UPON ME, AND FALSIFY THE RECORD OF PROCEEDINGS. I WAS DENIED THE RIGHT TO FREEDOM OF SPEECH, EXPRESSION OF THOUGHT, AND THE RIGHT TO PUBLISH TRUTH FOR THE RECORD; THEREFORE, I LOST MY RIGHT TO A FAIR AND SPEEDY TRIAL WITHIN A 120 DAYS; FURTHERMORE, I WAS DENIED THE RIGHT TO LIBERTY OF CONSCIENCE AND WAS PUNISHED BY BEING DETAINED IN CONFINEMENT FOR EXERCISING AND INVOKING MY RIGHT TO LIBERTY OF CONSCIENCE.

59. THAT IN FURTHERANCE OF BEING DENIED THE RIGHT TO FREEDOM OF SPEECH, I WAS DETAINED IN CONFINEMENT FOR REQUESTING THE PROPER PRODUCTION OF CERTAIN LAWFUL PAPERS TO VALIDATE THE STATE'S ACTION OF SEIZING THE COMPLAINANT AND GIVING ME TO FOREIGN AGENTS.

60. THAT IN FURTHERANCE OF BEING DENIED THE RIGHT TO PUBLISH TRUTH FOR THE RECORD, I WAS DETAINED IN CONFINEMENT FOR EXPRESSION OF CRIMINAL ACTIVITY IN AN OPEN FORUM, EXPRESSED IN GOOD FAITH.

61. FURTHERMORE, JUDGE MICHAEL BROWN WHILE ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY IN CONJUNCTION WITH THE STATE'S ATTORNEY'S OFFICE DENIED ME THE RIGHT TO REDRESS OF GRIEVANCES BY DENYING ME THE RIGHT TO ACCESS TO THE COURTS FROM JUNE 28, 2007, UNTIL MARCH 14, 2008, DESPITE THE FACT THAT I WAS REPRESENTING MYSELF SUI JURIS. THIS UNCONSTITUTIONAL ▓▓▓▓ PUBLIC POLICY WAS METHODICALLY DONE TO FORCE ME TO ACCEPT COUNSEL OR REPRESENTATION BY THE PUBLIC DEFENDER'S OFFICE BY FORCE UNDER DURESS.

62. FURTHERMORE, JUDGE MICHAEL BROWN WHILE ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS IN CONJUNCTION WITH THE STATE'S ATTORNEY'S OFFICE IS TRYING TO ENFORCE AN EXPOST FACTO LAW BY FORCING ME TO TRIAL AND TO PAY AN UNPROVEN CLAIM BY DISTRAINT WITHOUT FULL DUE PROCESS OF LAW.

63. FURTHERMORE, DUE TO THE ILLINOIS STATE GOVERNMENT OF COOK COUNTY USURPATION OF POLITICAL POWER THE PLAINTIFF HAS BEEN SUBJECTED TO SLAVERY AND CONFINEMENT AND DENIED THE FUNDAMENTAL RIGHTS TO SOVEREIGNTY, FREEDOM, INDEPENDENCE, LIFE, LIBERTY, AND THE PURSUIT OF HAPPINESS.

## IV. LEGAL CLAIMS (F)

64. PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-63.

65. THE WARRANTLESS ARREST, ILLEGAL SEARCH AND SEIZURE, FORCED SLAVERY, USURPATION OF POLITICAL POWER, UNCONSTITUTIONAL PUBLIC POLICY, EX POST FACTO LAW, CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS, DENIAL OF RELIGIOUS AND POLITICAL BELIEFS, DENIAL OF LIBERTY OF CONSCIENCE, DENIAL OF THE NATURAL INHERENT RIGHT OF EXPATRIATION, DENIAL OF MY FUNDAMENTAL CIVIL RIGHT TO SOVEREIGNTY, DENIAL OF MY FUNDAMENTAL CIVIL RIGHT TO INDEPENDENCE, DENIAL OF MY FUNDAMENTAL CIVIL RIGHT TO LIBERTY, DENIED RIGHT TO FREEDOM OF SPEECH, DENIED RIGHT TO EXPRESSION OF THOUGHT, DENIED RIGHT TO PUBLISH TRUTH FOR COURT PUBLIC RECORD, FRAUD, FRAUDULENT DOCUMENTS, MALFEASANCE OF OFFICE, OFFICIAL MISCONDUCT, OBSTRUCTION OF JUSTICE, TREASON, INVASION OF PRIVACY, DENIED RIGHT TO REMAIN SILENT, DENIAL OF RIGHT TO FULL DUE PROCESS OF LAW AND EQUAL PROTECTION OF THE LAW, DENIAL OF THE RIGHT TO CONFRONT MY ACCUSER AT THE ARRAIGNMENT, AND THE DENIAL OF THE RIGHT TO BE GOVERN BY COMMON LAW; THEREFORE, I AM SEEKING DECLARATORY AND INJUNCTIVE RELIEF BECAUSE THE ABOVE MENTIONED ACTS

VIOLATE THE FOLLOWING PROVISIONS OF THE UNITED STATES CONSTITUTION AND THE ILLINOIS CONSTITUTION:

1) THE EX POST FACTO CLAUSE, U.S. CONST., ART. I SECTION 9 AND 10; IL. CONST., ART. I SECTION 16;

2) THE SUPREMACY CLAUSE, U.S. CONST., ART. VI;

3) THE SLAVERY CLAUSE, U.S. CONST., XIII AMENDMENT, SECTION I, BILL OF RIGHTS, ART. I SECTION I; IL. CONST., BILL OF RIGHTS, ART. I SECTION I;

4) RIGHT TO INDEPENDENCE, U.S. CONST., BILL OF RIGHTS, ART. I SECTION I; IL. CONST., BILL OF RIGHTS, ART. I SECTION I;

5) RIGHT TO SOVEREIGNTY, U.S. CONST., BILL OF RIGHTS, ART. I SECTION I; IL. CONST., BILL OF RIGHTS, ART. I SECTION I; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

6) RIGHT TO LIBERTY, U.S. CONST., IV AMENDMENT, BILL OF RIGHTS, ART. I SECTION VI; ART. I SECTION I; IL. CONST., BILL OF RIGHTS, ART. I SECTION I, ART. I SECTION 6; US. CONST., XIII AMENDMENT, BILL OF RIGHTS, ART. I SECTION II; IL. CONST., BILL OF RIGHTS, ART. I SECTION II;

7) WARRANTLESS ARREST, U.S. CONST., IV AMENDMENT, XIIII AMENDMENT, BILL OF RIGHTS, ART. I SECTION 2, ART. I SECTION 6; IL. CONST., BILL OF RIGHTS, ART. I SECTION 2, ART. I SECTION 6;

8) ILLEGAL SEARCH AND SEIZURE, U.S. CONST., IV AMENDMENT, XIIII AMENDMENT, BILL OF RIGHTS, ART. I SECTION 2, ART. I SECTION 6; IL. CONST., BILL OF RIGHTS, ART. I SECTION 2, ART. I SECTION 6;

9) RELIGIOUS AND POLITICAL BELIEFS, U.S. CONST., I AMENDMENT, BILL OF RIGHTS, ART. I SECTION 3; IL. CONST., BILL OF RIGHTS, ART. I SECTION 3; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

10) LIBERTY OF CONSCIENCE, U.S. CONST., I AMENDMENT, BILL OF RIGHTS, ART. I SECTION 3; IL. CONST., ART. I SECTION 3;

11) RIGHT TO EXPATRIATION, U.S. CONST., ART. VI, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. I SECTION I; IL. CONST., ART. I SECTION I;

12) RIGHT TO BE GOVERN BY COMMON LAW, US. CONST., ART. VI, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. I SECTION I; IL. CONST. ART. I SECTION I; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS)



13) USURPATION OF POLITICAL POWER, U.S. CONST., ART. VI, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUES SECTION 1999, 13 AMENDMENT SECTION 1, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. 1 SECTION 1; IL. CONST., BILL OF RIGHTS, ART. 1 SECTION 1; BILL OF RIGHTS, ART. 1 SECTION 24; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

14.) RIGHT TO REMAIN SILENT, U.S. CONST., 5 AMENDMENT, BILL OF RIGHTS, ART. 1 SECTION 2, ART. 1 SECTION 10; IL. CONST., BILL OF RIGHTS, ART. 1 SECTION 2, ART. 1 SECTION 10;

15) RIGHT TO FREEDOM OF SPEECH AND EXPRESSION OF THOUGHT, U.S. CONST., 1 AMENDMENT, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. 1 SECTION 4, ART. 1 SECTION 2; IL. CONST., ART. 1 SECTION 4, ART. 1 SECTION 2;

16) RIGHT TO PUBLISH TRUTH FOR THE COURT PUBLIC RECORD, U.S. CONST., 1 AMENDMENT, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. 1 SECTION 4, ART. 1 SECTION 2; IL. CONST., BILL OF RIGHTS, ART. 1 SECTION 4, ART. 1 SECTION 2;

17) RIGHT TO REDRESS OF GRIEVANCES, U.S. CONST., 1 AMENDMENT, 14 AMENDMENT SECTION 3, BILL OF RIGHTS, ART. 1 SECTION 4, ART. 1 SECTION 2; IL. CONST., BILL OF RIGHTS, ART. 1 SECTION 4, ART. 1 SECTION 2; TILE 42 U.S.C. SECTION 1983;

18) <u>INVASION OF PRIVACY</u>, U.S. CONST., 4 AMENDMENT, 14 AMENDMENT, SECTION 3, BILL OF RIGHTS, ART. 1 SECTION 6, ART. 1 SECTION 2; IL. CONST., ART. 1 SECTION 6, ART. 1 SECTION 2;

19) FRAUD, FRAUDULENT DOCUMENTS, MALFEASANCE OF OFFICE, OFFICIAL MISCONDUCT, OBSTRUCTION OF JUSTICE, AND TREASON, U.S. CONST., ART. 1 SECTION 9 AND 10, ART. 6, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1; BILL OF RIGHTS, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, TITLE 18 U.S.C. SECTION 1001, TITLE 18 U.S.C. SECTION 241, TITLE 18 U.S.C. SECTION 242; IL. CONST., ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2;

20. CRIMINAL CONSPIRACY AGAINST MY FUNDAMENTAL CIVIL RIGHTS TO INTERFERE WITH MY NATURAL INHERENT RIGHT TO EXPATRIATION, U.S. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 14 AMENDMENT SECTION 3, 13 AMENDMENT SETION 1, BILL OF RIGHTS, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999, TITLE 18 U.S.C. SECTION 1001, TITLE 18 U.S.C. SECTION 241, TITLE 18 U.S.C. SECTION 242; IL. CONST., ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

21. UNCONSTITUTIONAL, PUBLIC POLICY, US. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1, BILL OF RIGHTS, ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2; IL. CONST., ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2;

22. INVOLUNTARY SERVITUDE OF ILLINOIS STATE GOVERNMENT, U.S. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1, BILL OF RIGHTS, ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, ART. 1 SECTION 6, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999; IL. CONST., ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, ART. 1 SECTION 6; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

23. RIGHT TO CONFRONT MY ACCUSER AFTER INDICTMENT AT THE ARRAIGNMENT, U.S. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1, BILL OF RIGHTS, ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, ART. 1 SECTION 6, ART. 1 SECTION 8, TITLE 8 USC. SECTION 1481 AND REVISED STATUTES SECTION 1999; IL. CONST., ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, ART. 1 SECTION 6, ART. 1 SECTION 8; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

24. DENIED RIGHT TO SELF-REPRESENTATION, U.S. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 6 AMENDMENT, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1, BILL OF RIGHTS, ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999, TITLE 18 U.S.C. SECTION 241, TITLE 18 U.S.C. SECTION 242, TITLE 18 U.S.C. SECTION 371, TITLE 18 U.S.C. SECTION 1001; IL. CONST., ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2; (SEE ATTACHED SOVEREIGN DOCUMENTS).

25. DENIAL OF SPEEDY TRIAL, U.S. CONST., ART. 6, ART. 1 SECTION 9 AND 10, 6 AMENDMENT, 14 AMENDMENT SECTION 3, 13 AMENDMENT SECTION 1, BILL OF RIGHTS, ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2, TITLE 8 U.S.C. SECTION 1481 AND REVISED STATUTES SECTION 1999, TITLE 18 U.S.C. SECTION 241, TITLE 18 U.S.C. SECTION 242, TITLE 18 U.S.C. SECTION 371, TITLE 18 U.S.C. SECTION 1001; IL. CONST., ART. 1 SECTION 1, ART. 1 SECTION 16, ART. 1 SECTION 24, ART. 1 SECTION 2; (SEE ATTACHED SOVEREIGN STATUS DOCUMENTS).

65. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## V. PRAYER FOR RELIEF (G)

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

66. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF CIVIL RIGHTS UNDER BOTH THE CONSTITUTIONS AND LAWS OF THE UNITED STATES AND THE STATE OF ILLINOIS.

67. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS MICHAEL BROWN, RICHARD DEVINE, TOM DART, AND ANY AND ALL PRINCIPALS AND AGENTS OF BOTH THE CITY OF CHICAGO AND COOK COUNTY TO CEASE AND DESIST FROM PROSECUTING AND UNCONSTITUTIONALLY DETAINING THE PLAINTIFF IN CUSTODY.

 

68. COMPENSATORY DAMAGES IN THE AMOUNT OF $100,000,000

69. PUNITIVE DAMAGES IN THE AMOUNT OF $ 10,000
AGAINST EACH DEFENDANT.

70. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

71. PLAINTIFF'S COSTS IN THIS SUIT.

72. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST,
PROPER, AND EQUITABLE.

## CERTIFICATION

BY SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS
STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF
MY KNOWLEDGE, INFORMATION AND BELIEF. I
UNDERSTAND THAT IF THIS CERTIFICATION IS NOT
CORRECT, I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

SIGNED THIS ——— DAY OF ——————, 20 ———

Darryl Jackson
DARRYL JACKSON
20070023316
P. O. BOX 089002
CHICAGO, IL. 60608

## "EXHIBIT A"

### NOTICE

*FILED CR-203 DEC 17 2007 DOROTHY BROWN CLERK OF CIRCUIT COURT OF COOK COUNTY*

**LET NO THING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP (THAT JURISDICTION OF/AND WITHIN WASHINGTON DC ).**

I **DARRYL JACKSON** / the undersigned Secured Party/ Creditor/ do aver that the abovementioned is the Truth and Fact according to the Law, and not meant to Mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of ALMIGHTY GOD JEHOVAH, the united states of America and the State of Washington.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### AND
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**EXECUTED AND SIGNED** by me this **7th** day of **November**, 2007 C.E.
In **CHICAGO**, State of **ILLINOIS**

*Darryl Jackson*
, sui juris,
Native American Sovereign , Free-Man
Secured Party/ Creditor
Holder-In-Due-Course
Record Owner

### JURAT

**SUBSCRIBED AND ~~SWORN~~** Affirmed to before me this **7th** day of **November, 2007**
_____ 2007 C.E.

*Carmella K Richardson*

**Notary Public**
**In the State of** *Illinois* , **County of** *Cook*
**My Commission Expires:** *April 21, 2010*

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10

NOTICE
DECLARATION & CERTIFICATE
OF SOVEREIGN STATUS


This Declaration Certifies that **DARRYL JACKSON**/ **sui juris**/ is a born-free human male/ a mortal man with sentient and moral existence being a Native American born Sovereign by birth-right and by Law/ claims all absolute/unalienable, imprescript- Ible /Fundamental Rights,privileges/Immunities and Protections/as guaranteed/protected, secured by the original parent compact (organic) /The Constitution of the united states of America "The Declaration of Human Rights/" 1 thru 32


Further/ it is Certified here that pursuant to the Foreign Sovereignty Immunities Act of October 21st ,1976 [H.H. 11315] Public law 94-583,94th Congress,90 Statutes at Large 1/R.S. 1999, Title 8 U.S.C. 1481 is still in force and effect today.See  Briehl v. Dulles/ 248 F. 2d 561,583 @ n. 21, among others.


Further, the aforementioned Native American born Sovereign Non-Incorporated, Statutorily Incapacitated,Statute Immune, Tax Immune, Tax Exempt, EXEMPT from LEVY and claims Diplomatic Immunity and Sovereign Immunity,'ab initio,ad infinitum from February 08,1984 C.E. , 'ad infinitum.


This Sovereign STATUS is foreign to and not subject to/by the status of "Statute Staple","Chattel Property/", "Citizen/", "Resident/", "Subject/","Person/","Whoever/", "Taxpayer/",and /or any other Statutes/ Rules,Regulations/ Policies, common usages of the Corporate United States, the Corporate United States of America  , the Corporate State of Washington, and/or any other Corporate Governmental body whatsoever, without a valid contract.


Furthermore, this Native American born Sovereign makes explicit reservation of all Rights pursuant to the Uniform Commercial Code (UCC) 1-~~207~~ without the United States as defined in State or Federal Statutes.          308


1-DECLARATION & CERTIFICATE OF SOVEREIGN STATUS

I, DARRYL JACKSON **juris,** do DECLARE that the Laws of the Common Man/ being of the Common Law/ shall govern me/ and I do not recognize any other form of Politic other than that of **Republic** which is for the People, and by the People/ those being Sovereign, not Citizens of a Foreign Government (Washington DC ).

2-DECLARATION OF CERTIFICATE OF SOVEREIGN STATUS

## FORMAL SOVEREIGN OATH
## OF RENUNCIATION

I, DARRYL JACKSON sui juris, Native American Sovereign/ Having First Hand Knowledge of the Facts as the facts have been made known to me/ hereby and herein freely **RENOUNCE** all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington DC ) . I do freely give of this Formal Renunciation/ by ALMIGHTY GOD JEHOVAH to make of my own volition this oath by formal declaration.

In accord with the provisions set forth in Title 8 U.S.C. 1481, this Sovereign DECLARES that all OFFICERS/AGENTS, EMPLOYEES/ACTORS, or otherwise OFFICIALS of the United States/ those being bound to obey the Laws and Statutes prescribed therein/ are BOUND to take <u>NOTICE</u> of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government/ Bound by the Laws; Statutes/Acts/ and Provisions of the same Constitution that require the aforementioned entities to uphold that Constitution **shall not** Infringe Upon/ Ignore/ Disregard/ or otherwise find of no substance and/or standing/ this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Service/ and the Laws as they have been enumerated in the HOLY SCRIPTURES I, DARRYL JACKSON sui juris, do DECLARE that no man can infringe upon this Sovereign Right to renounce allegiance to any Foreign Government/Tyrannical Power/ King/ Foreign Nation/ or other Alien Dominion.

I, DARRYL JACKSON , sui juris, being a born free man upon the soil of the Americas do not intend to abrogate any Immunity or Personal Rights and no thing herein shall be construed to do so. These Personal Rights are by and from ALMIGHTY GOD JEHOVAH and any infringement upon these Rights of this Sovereign/ sui juris shall be deemed a blatant disregard of those Entitled Rights to Life/ Liberty/ and harm from life or limb.

I, DARRYL JACKSON , sui juris, herein/ and herefrom/ DECLARE that being a Free man of GOD JEHOVAH/ am not nor will not give this Body/ Mind/Spirit/ nor Soul to any Nation as defined by Government/ or body politic. This Christian Sovereign Man/ herein DECLARES that no Law other than those that are for the peace and dignity of self Preservation/ Freedom/ and the Rights to Liberty shall govern this Sovereign.