**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** DARRYL JACKSON | **Defendant(s):** ROD R. BLAGOJEVICH, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>Darryl Jackson<br>#2007-0023316<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:** |

08CV 2739
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☒ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1938pr

**Jury Demand:** ☐ Yes ☒ No

**Signature:** M. Burke     **Date:** 5/12/08