

MAY 12 2008
F I L E D
MAY 12 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION

DARRYL JACKSON
   PLAINTIFF,

   V.

ROD R. BLAGOJEVICH, et al.,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES,
   DEFENDANT(S).

MOTION FOR APPOINTMENT OF COUNSEL

08CV 2739
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

PURSUANT TO 28 U.S.C. SECTION 1915(e)(1) PLAINTIFF MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2. PLAINTIFF ▓▓▓▓▓ INCARCERATION WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION.

3. PLAINTIFF IS CURRENTLY BEING DENIED ACCESS TO THE LAW LIBRARY DESPITE THE FACT THAT HE HAS

A COURT ORDER TO GO TO THE LAW LIBRARY IN RETALIATION OF THE FREE EXERCISE OF MY CONSTITUTIONAL FUNDAMENTAL CIVIL RIGHTS RETAIN AND SECURED BY BOTH CONSTITUTIONS OF THE UNITED STATES AND THE STATE OF ILLINOIS; THEREFORE, THE PLAINTIFF HAS VERY LIMITED ACCESS TO THE LAW LIBRARY AND VERY LIMITED KNOWLEDGE OF THE LAW.

4. PLAINTIFF IS CURRENTLY UNABLE TO MAKE COPIES OF HIS COMPLAINT FOR ALL OF THE NAMED DEFENDANTS DUE TO THE DEFENDANT'S UNCONSTITUTIONAL PUBLIC POLICY OF ACTING IN BAD FAITH IN A CRIMINAL CONSPIRACY IN CONJUNCTION WITH THE STAFF OVER THE LAW LIBRARY THROUGH A CAMPAIGN OF HARASSMENT OF DESTROYING MY LEGAL DOCUMENTS EVERY TIME I TRY TO MAKE COPIES OF MY COMPLAINT.

5. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

6. PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER. ATTACHED TO THIS MOTION IS PLAINTIFF'S DECLARATION UNDER PENALTY OF PERJURY.

WHEREFORE, PLAINTIFF REQUEST THAT THE COURT APPOINT KATHLEEN ZELLNER, A MEMBER OF THE ILLINOIS STATE BAR, AS COUNSEL IN THIS CASE.

DATE: 4-10-08

*Darryl Jackson*

DARRYL JACKSON