FILED
MAY 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION

DARRYL JACKSON
       PLAINTIFF,

08CV 2739
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

V.

OF

ROD R. BLAGOJEVICH, et al.,
       DEFENDANT(S).

DECLARATION

DARRYL JACKSON

CIVIL ACTION NO. _____

DARRYL JACKSON HEREBY DECLARES:

I DO SOLEMNLY SWEAR, DECLARE, AND DEPOSE: THAT THIS DECLARATION UNDER THE PENALTY OF PERJURY IS IN SUPPORT OF ~~~~~~~~ PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL. AND THAT I AM COMPETENT TO STATE TO THE MATTERS SET FORTH THEREIN. AND THAT I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED THEREIN. AND THAT ALL THE FACTS STATED THEREIN ARE TRUE, CORRECT, AND CERTAIN (COMPLETE), AND ADMISSIBLE AS EVIDENCE, AND IF CALLED AS A WITNESS, I WILL TESTIFY TO THEIR VERACITY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT CHICAGO, ILLINOIS ON 4-10-08

Darryl Jackson
SIGNATURE
DARRYL JACKSON
P.O. BOX 089002
CHICAGO, IL. 60608