IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION

RECEIVED MAY 12 2008

MAY 1 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DARRYL JACKSON
  PLAINTIFF,

V.

ROD R. BLAGOJEVICH, et al.,
  DEFENDANT(S).

DECLARATION
OF
DARRYL JACKSON

CIVIL ACTION NO. _____

---

DARRYL JACKSON HEREBY DECLARES:

I DO SOLEMNLY SWEAR, DECLARE, AND DEPOSE:

THAT IF THE COURT DOES NOT SIGN MY PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER THE PLAINTIFF WILL BE FORCED TO TRIAL AND SUBJECTED TO SLAVERY AND INVOLUNTARY SERVITUDE OF THE ILLINOIS STATE GOVERNMENT DESPITE THE FACT THAT I AM A FOREIGN SOVEREIGN WITH DIPLOMATIC IMMUNITY. THE PLAINTIFF HAS GIVEN THE STATE'S ATTORNEY'S OFFICE AND THE COOK COUNTY SHERIFF TOM DART NOTICE OF MY INJUNCTION AND TEMPORARY RESTRAINING ORDER.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT CHICAGO, ILLINOIS ON _____

DATE: 4-10-08

*Darryl Jackson*
SIGNATURE

DARRYL JACKSON
P.O. BOX 089002
CHICAGO, IL. 60608



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION

RECEIVED
MAY 12 2008
MAY 1 2 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DARRYL JACKSON | ) ORDER TO |
| SHOW | ) |
|     PLAINTIFF, | ) CAUSE FOR A |
| PRELIMINARY | ) |
|     V. | ) INJUNCTION |
| AND | ) A TEMPORARY |
| ROD R. BLAGOJEVICH, et al., | ) RESTRAINING |
|     DEFENDANT(S). | ) ORDER |
| | ) CIVIL ACTION NO. _____ |

---

    UPON THE COMPLAINT, THE SUPPORTING DECLARATION UNDER PENALTY OF PERJURY ▆▆ ▆▆ OF PLAINTIFF, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS:

ORDERED THAT DEFENDANT(S) ROD R. BLAGOJEVICH, et al., SHOW CAUSE IN ROOM _____ OF THE UNITED STATES COURTHOUSE, [ _____ ] ON THE _____ DAY OF _____, 20___, AT _____ O'CLOCK, WHY A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER SHOULD NOT ISSUE PURSUANT TO RULE 65 (A) (b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Case 1:08-cv-02739   Document 7-2   Filed 05/12/2008   Page 2 of 2

2 OF 2

ENJOINING THE DEFENDANTS, THEIR SUCCESSORS IN OFFICE, AGENTS AND EMPLOYEES AND ALL OTHER PERSONS ACTING IN CONCERT AND PARTICIPATION WITH THEM, FROM FORCING THE PLAINTIFF TO TRIAL AND PROSECUTING HIM IN ANY AND ALL ILLINOIS STATE COURTS BY WAY OR UNDER ANY AND ALL STATE LEGISLATION.

IT IS FURTHER ORDERED THAT EFFECTIVE IMMEDIATELY, AND PENDING THE HEARING AND DETERMINATION OF THIS ORDER TO SHOW CAUSE, THE DEFENDANT(S) ROD R. BLAGOJEVICH, et al., AND EACH OF THEIR OFFICERS, AGENTS, EMPLOYERS, AND ALL PERSONS ACTING IN CONCERT OR PARTICIPATION WITH THEM, ARE RESTRAINED FROM ENFORCING ANY AND ALL UNCONSTITUTIONAL PUBLIC POLICY BY WAY OF THE ILLINOIS COMPLIED STATUTE.

IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, BE SERVED ON THE AFORESAID PLAINTIFF BY

_____
JUDGE'S SIGNATURE
DATE: _____
UNITED STATES DISTRICT JUDGE