# United States District Court
## Northern District of Illinois
### Eastern Division

Darryl Jackson                        **JUDGMENT IN A CIVIL CASE**

      v                                Case Number 08 C 2739

Rod Blagojevich

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the complaint is dismissed under 28 U.S.C. Section 1915A.

                                                  Michael W. Dobbins,
                                                  Clerk of Court

Date: June 4, 2008                     /s/ George Schwemin
                                        Deputy Clerk